IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 08-cv-02486-REB-CBS
Date: October 19, 2009

FTR - Reporter Deck-Courtroom A402
Courtroom Deputy: Bernique Abiakam

| *Parties:* | *Counsel:* |
| --- | --- |
| RIVIERA DRILLING & EXPLORATION COMPANY, a Texas corporation,<br><br>Plaintiff, | Ronald L. Wilcox<br>Jennifer H. Hunt |
| v. | |
| GUNNISON ENERGY CORPORATION, a Delaware corporation,<br>SG INTERESTS I, LTD, a Texas limited partnership, and<br>SG INTERESTS VII, LTD, a Texas limited partnership,<br><br>Defendants. | Wayne F. Forman<br>Sarah M. Mercer-Clark<br>Brian S. Tooley |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 10:38 a.m.**
Court calls case. Appearances of counsel.

10:39 a.m. Argument by Mr. Forman. Questions by the Court.

10:57 a.m. Argument by Ms. Clark. Questions by the Court.

11:05 a.m. Argument by Mr. Wilcox. Questions by the Court.

11:30 a.m. Further argument by Mr. Forman.

11:32 a.m. Comments and rulings by the Court.

**ORDERED: The plaintiff shall file supplement to Dr. Crafton's report, on or before November 2, 2009.**

**ORDERED: Defendants' Motion To Compel, Or In The Alternative, To Strike Expert Testimony (Filed 9/11/09; Doc. No. 68) is DENIED WITHOUT PREJUDICE.**

HEARING CONCLUDED.

**Court in recess**: 11:40 a.m.
Total time in court: 01:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.