# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-02486-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 21, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| RIVIERA DRILLING & EXPLORATION COMPANY, | Jennifer H. Hunt<br>Ronald L. Wilcox |
| Plaintiff, | |
| v. | |
| GUNNISON ENERGY CORPORATION,<br>SG INTERESTS I, LTD, *et al.,* | Wayne F. Forman<br>Brian S. Tooley |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 8:26 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Defendants' Motion to Exclude Expert Testimony of James Crafton, doc #[81], filed 11/23/2009.

Motion #[81] is taken under advisement.

Discussion and Arguments regarding Defendants' Renewed Motion to Compel or, in the Alternative, to Strike Expert Testimony, doc #[82], filed 11/23/2009.

Motion #[82] is taken under advisement.

Discussion regarding Motion for Protective Order, doc #[93], filed 12/14/2009. The court states the Motion for Protective Order #[93] hasn't been briefed. Mr. Tooley states he would like to take the Motion up at this time. Counsel present arguments.

Motion #[93] is taken under advisement.

HEARING CONCLUDED.
**Court in recess**: 10:01 a.m.
Total time in court: 01:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.