**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02486-REB-CBS

RIVIERA DRILLING & EXPLORATION COMPANY, a Texas corporation,

     Plaintiff,

v.

GUNNISON ENERGY CORPORATION, a Delaware corporation,
SG INTERESTS I, LTD, a Texas limited partnership, and
SG INTERESTS VII, LTD, a Texas limited partnership,

     Defendants.

---

## ORDER FOR CLERK TO SERVE ORDER TO SHOW CAUSE

---

**Blackburn, J.**

     The matter comes before the court *sua sponte* concerning service of the Order

To Show Cause [#160][1] entered by the court on February 5, 2010.  To facilitate service

of the Order To Show Cause,

     **IT IS ORDERED** as follows:

     1.  That the Clerk of the Court **SHALL SERVE** the court's Order To Show Cause

[#160] filed February 5, 2010, via United States mail on

     A)  the Colorado registered agent for the plaintiff corporation, The

Corporation Company, 1675 Broadway, Suite 1200, Denver, CO 80202;

and

---

[1]   "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

B) the bankruptcy counsel for the plaintiff corporation, Aaron A. Garber,

Kutner Miller Brinen, P.C., 303 E. 17th Avenue, Suite 500, Denver,

Colorado, 80203.

Dated February 5, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge